**95–2334.** Weber v. Condren. *Cuyahoga County,* No. 68268. Reported at 75 Ohio St.3d 1412, 661 N.E.2d 760. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

STRATTON, J., not participating.

**95–2536.** Cleveland Bar Assn. v. Fox. Reported at 74 Ohio St.3d 585, 660 N.E.2d 1140. On motion for reconsideration and remand. Motion denied.

F.E. SWEENEY and STRATTON, JJ., not participating.

**96–309.** State v. Plassman. *Fulton County,* No. F–95–025. Reported at 75 Ohio St.3d 1409, 661 N.E.2d 757. On motion for reconsideration. The motion fails for want of four votes on the following vote:

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., vote to deny.

MOYER, C.J., PFEIFER and COOK, JJ., vote to grant.

STRATTON, J., not participating.